IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TREVIS TYRELL SISTRUNK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 3:04-CV-01008-T |
| ) | WO |
| JENNY WILSON, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On August 1, 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby ADOPTED and that this case be and is hereby DISMISSED without prejudice pursuant to Plaintiff's stated wish to forgo further prosecution of this cause of action and his failure to show cause as directed why this case should not be dismissed accordingly. .

DONE, this the 24th day of August, 2005.

                                                  /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE